1   MARK GOLDROSEN, CSBN  101731
Attorney at Law
2   255 Kansas Street, Suite 340
San Francisco, CA  94103
3   Telephone: (415) 565-9600
Facsimile: (415) 565-9601

4

Attorneys for Defendant
5   CURTIS ADDISON

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
SAN FRANCISCO VENUE
10

11
| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-93-00098-1 VC |
| Plaintiff, ) | |
| vs. ) | [PROPOSED] **ORDER** AS MODIFIED |
| CURTIS ADDISON, ) | |
| Defendant. ) | |

19      Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

20   ORDERED that the status conference now scheduled for March 9, 2015, at 2:00 p.m.  is

21   continued to April 20, 2015, at 2:00 p.m..
                       21       1:00

22   DATED: February ___, 2015
           March 4

                                         _____
                                    HON. VINCE CHHABRIA
                                    United States District Judge