1 | MARK GOLDROSEN, CSBN 101731
Attorney at Law
2 | 255 Kansas Street, Suite 340
San Francisco, CA 94103
3 | Telephone: (415) 565-9600
Facsimile: (415) 565-9601
4
Attorneys for Defendant
5 | CURTIS ADDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

UNITED STATES OF AMERICA,           )   NO. CR-93-00098-1 VC
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )   [~~PROPOSED~~] ORDER
                                    )
CURTIS ADDISON,                     )
                                    )
        Defendant.                  )
                                    )
                                    )
_____)

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference now scheduled for April 21, 2015, at 2:00 p.m. is continued to June 2, 2015, at 2:00 p.m..

DATED: April _20_, 2015

_____
HON. VINCE CHHABRIA
United States District Judge